```
 1  ROBERT L. FORKNER (CSB# 166097)
    Law Offices of Robert L. Forkner
 2  722 Thirteenth Street
    Modesto, CA 95354
 3  Telephone:    (209)544-0200
 4  Fax:          (209)544-1860

 5  Attorney for Defendant
    MIGUEL S. FELIX
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) No. 1:09-CR-00317-AWI
                                 )
12        Plaintiff,             )
                                 ) STIPULATION AND ORDER RE:
13                               ) CONDITIONS OF RELEASE AND ORDER
    v.                           ) PERMITTING TRAVEL
14                               )
    MIGUEL S. FELIX,             )
15                               )
          Defendants.            )
16                               )
                                 )
17                               )
                                 )
18  _____)
19
20        Defendant, MIGUEL S. FELIX, through his attorney ROBERT L.
21  FORKNER, together with the United States of America through its
22  undersigned counsel, KATHLEEN A. SERVATIUS, Assistant United
23  States Attorney, hereby stipulate and request the following:
24        1. That the defendant Miguel S. Felix shall be permitted to
25  travel for medical and health purposes, and for his mother's
26  surgery, from March 19th 2012 to April 2, 2012.
27        2. It is understood that said travel is outside the Eastern
28
```

ORDER & STIPULATION - 1

District of California, and outside of the United States.  A copy of the travel itinerary has been provided to pretrial services.

3. Defendant shall be permitted to use his passport for purposes of travel.  All parties agree that the defendant's passport shall be returned to him so that he may travel outside the United States.

4. Pre-trial services Officer Lydia Serrano has been advised and has no objections.  All other conditions of release shall remain in full force and effect.  The Defendant shall report to pretrial services within 24 hours of his return to the Eastern District of California.

IT IS SO STIPULATED.

Dated:  March 8, 2012        /s/ Robert L. Forkner
                             ROBERT L. FORKNER
                             Attorney for Defendant
                             MIGUEL S. FELIX

Dated: March 8, 2012         BENJAMIN B. WAGNER
                             United States Attorney

                             by: /s/ Kathleen A. Servatius
                             KATHLEEN A. SERVATIUS
                             Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  March 9, 2012        _____
                             CHIEF UNITED STATES DISTRICT JUDGE