ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:     (209)544-0200
Fax:           (209)544-1860

Attorney for Defendant
MIGUEL S. FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MIGUEL S. FELIX,<br><br>    Defendants. | No. 1:09-CR-00317-AWI<br><br>STIPULATION AND ORDER FOR<br>CONTINUANCE OF SENTENCING |

    Defendant, MIGUEL S. FELIX, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, hereby stipulate and request the following:

    1.    That the Court continue the sentencing in the above-captioned case from June 4, 2012, to **July 30, 2012, at 10:00 a.m.**

STIPULATION AND ORDER

- 1 -

2. As of this date, the probation officer has not interviewed Mr. Felix. The Judgment and Sentencing must be scheduled 11 weeks after the defendant has been interviewed. The Probation Officer must adhere to that schedule. As such, defense counsel requests the continuance in order to permit the preparation of the Pre Sentencing Report; to allow a complete review of the Report from Probation with the defendant, and to file the necessary objections before the currently scheduled date.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from June 4, 2012 through July 30, 2012, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv).

IT IS SO STIPULATED.

Dated: April 9, 2012  /s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
MIGUEL S. FELIX

Dated: April 9, 2012  BENJAMIN B. WAGNER
United States Attorney

by: /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated: April 9, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE