ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant
MIGUEL S. FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-CR-00317-AWI |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING |
| v. | |
| MIGUEL S. FELIX, | |
| Defendants. | |

Defendant, MIGUEL S. FELIX, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, hereby stipulate and request the following:

1.   That the Sentencing presently set for July 30, 2012 be vacated and rescheduled for September 24, 2012 at 9:00 a.m. in Courtroom 2 before the Honorable Chief District Court Judge, Anthony W. Ishii.

STIPULATION AND ORDER

- 1 -

2. Defense Counsel has just returned from a 3 week vacation and has not been able to meet with Mr. Felix because the Presentencing Report was received while Defense counsel was on vacation. A continuance is requested in order to allow a complete review of the Report from Probation with the defendant, and to file the necessary objections before the currently scheduled date.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from July 30, 2012 through September 24, 2012, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv).

IT IS SO STIPULATED.

Dated: July 25, 2012 /s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
MIGUEL S. FELIX

Dated: July 25, 2012 BENJAMIN B. WAGNER
United States Attorney

by: /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: July 26, 2012

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

- 3 -